IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURIE DAVIS, | ) | Case No. 8:10CV455 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| COUNTY OF DOUGLAS, NEBRASKA, dba DOUGLAS COUNTY HEALTH CENTER aka DOUGLAS COUNTY HOSPITAL, | ) ) ) ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by the attorneys for the parties,

**IT IS ORDERED:**

1. On or before **September 22, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F.A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this August 23, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge